

# Fourth Court of Appeals
## San Antonio, Texas

January 25, 2019

No. 04-18-00391-CV

**TEXAS SMAC, LLC,**
Appellant

v.

**EMJ CORPORATION,**
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2017CVK001067D2
Honorable Monica Z. Notzon, Judge Presiding

# O R D E R

The Appellant's Motion to Extend Time to File Reply Brief is hereby GRANTED. Appellant's reply brief, if any, is due no later than February 8, 2019. No further extensions of time will be considered.

It is so **ORDERED** on January, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court